# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

THOMAS REGGIE YOUNG, JR.,

    Plaintiff,

v.                                         7:07-CV-168 (WLS)

SHERIFF GARY VOWELL, *et al.*,

    Defendants.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed June 20, 2008. (Doc. 24). It is recommended that Defendants' Motion to Dismiss (Doc. 15) be denied. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 24) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion to Dismiss (Doc. 15) is **DENIED**.

**SO ORDERED**, this   20th   day of August, 2008.

                                            /s/W. Louis Sands
                                            **THE HONORABLE W. LOUIS SANDS,**
                                            **UNITED STATES DISTRICT JUDGE**