IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

THOMAS REGGIE YOUNG, JR.,

    Plaintiff,

vs.

Captain JERRY LIPSEY,
Sheriff GARY VOWELL, and
Lieutenants BRYAN GIDDENS
and TANJIE DENNISON,

    Defendants.

CASE NO.: 7:07-CV-168 (WLS)

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 38) filed July 30, 2009. It is recommended that Defendants' Motion for Summary Judgment on Plaintiff's Complaint for retaliatory transfer (Doc. 28) be granted and that Plaintiff's Motion for Summary Judgment (Doc. 35) be denied. As of the date of this order no objection has been filed.[1]

Upon full review and consideration upon the record, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED, and made the Order of this Court for reason of the findings made and reasons stated therein.

---

[1] The parties were given ten (10) days pursuant to 28 U.S.C. § 636(b)(1) to file objections.

-1-

Accordingly, Defendants' Motion for Summary Judgment (Doc. 28) is hereby GRANTED and Plaintiff's Motion for Summary Judgment (Doc. 35) is DENIED.

SO ORDERED, this 30th day of **September, 2009.**

**W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT**